United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Government, § | |
| § | |
| VS. § | CRIMINAL NO. H-16-446 |
| § | |
| MARCO CHALICO-MOSQUEDA, § | |
| § | |
| Defendant. § | |

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Nancy Johnson for the purpose of administering the plea of guilty, subject to the final approval and imposition of sentence by this Court.

SIGNED on October 19, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge