IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-16-446 |
| MARCOS CHALICO-MOSQUEDA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 20). The motion for continuance is GRANTED. The sentencing hearing is reset to **February 1, 2017 at 9:00 a.m.**

SIGNED on November 17, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge